```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                 MIDDLE DISTRICT OF PENNSYLVANIA
```

**PARIS L. JAMES,**                     :
        **Plaintiff**              :   No. 1:14-cv-01951
                                        :
   **vs.**                              :   (Judge Kane)
                                        :
**DAVID VARANO, et al.,**               :
                                        :
        **Defendants**             :

<u>**ORDER**</u>

**AND NOW,** this 8th day of March 2017, in accordance with the accompanying memorandum, **IT IS ORDERED THAT:**

    1. Plaintiff's motion for a preliminary injunction (Doc. No. 49), is **DENIED**;

    2. Plaintiff's motion to amend the amended complaint to identify some of the "John Doe" Defendants (Doc. No. 71), is **GRANTED**;

    3. The United States Marshal is directed to serve the Amended Complaint (Doc. No. 28), this order and the accompanying memorandum on defendants Rod Romig, Scott Sagedy, Matt Hyde and Paul Goodwin at SCI-Coal Township;[1]

    4. Plaintiff's motion to compel discovery (Doc. No. 72), is **GRANTED** as set forth below;

---

1. The Clerk of Court shall specify on the docket that "John Doe #3" is Rod Romig; "John Doe #4" is Scott Segedy; "John Doe #10 is Matt Hyde; and "John Doe #11" is Paul Goodwin.

5. Defendant Masser within 30 days of the date of this order shall answer fully Plaintiff's interrogatories relating to the identity of "John Does #s 1 and 2;"

6. Defendants' motion to file a second amended answer to Plaintiff's amended complaint (Doc. No. 75), is **GRANTED** as set forth below;

7. Defendants are authorized to file the amended answer (Doc. No. 75-1), which attached to their motion;

8. Plaintiff's motion to stay (Doc. No. 78), and Defendants' motion to suspend summary judgment deadline (Doc. No. 87), are **GRANTED** as set forth below; and

9. All discovery shall be completed within 90 days of the date of this order and any dispositive motion shall be filed within 30 days of the close of discovery.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania