UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PARIS L. JAMES, :
    **Plaintiff,** :
                                                      : No. 1:14-CV-01951
    **v.** :
                                                      : (Judge Kane)
**DAVID VARANO, et al.,** :
    **Defendants** :

# ORDER

**AND NOW**, on this 14th day of June 2017, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion to compel (Doc. No. 80), is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. Plaintiff's motion to compel is **GRANTED** only insofar as Defendants Davis and Daya shall fully respond to Plaintiff's first set of interrogatories numbers 11, 15, 16, and 22, within thirty (30) days of the date of this Order;

   b. Plaintiff's motion to compel Defendants Davis and Daya to respond to Plaintiff's first set of interrogatories numbers 1 through 10, 12 through 14, 17 through 21, 23, 24, and 25, is **DENIED**;

   c. Plaintiff's motion to compel Defendant Daya to respond to the requests for admission is **DENIED AS MOOT**;

   d. Plaintiff's motion to compel Defendant Daya's responses to Plaintiff's second set of interrogatories is **DENIED**; and

2. The discovery and dispositive motion deadlines set forth in the Court's March 8, 2017 Order are modified to reflect that all remaining discovery shall be completed within thirty (30) days of the date of this Order, and that any dispositive motion shall be filed within thirty (30) days of the close of discovery.

                                                s/Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania