IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PARIS L. JAMES, :
    Plaintiff, :
  : No. 1:14-cv-01951
v. :
  : (Judge Kane)
DAVID VARANO, et al., :
    Defendants :

## ORDER

**AND NOW**, on this 23rd day of March 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion to appoint counsel (Doc. No. 135), is **DENIED** as **MOOT**;

2. Plaintiff's motion to file a sur-reply brief (Doc. No. 138), is **DENIED**;

3. Medical Defendants Brian Davis and Jennifer Daya's motion for summary judgment (Doc. No. 103), is **GRANTED** with respect to Plaintiff's Eighth Amendment deliberate indifference to a serious medical need claim. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** in favor of Defendants Davis and Daya and against Plaintiff on this Count;

4. The Corrections Defendants' motion for summary judgment (Doc. No. 113), is **GRANTED** as follows:

   a. Summary judgment is **GRANTED** in favor of the Corrections Defendants with respect to Plaintiff's Eighth Amendment deliberate indifference to a serious medical need claim and as to all claims against Corrections Defendants Kulenguskey and Krzykowski. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** in favor of Corrections Defendants and against Plaintiff on these Counts;

   b. Summary judgment is **GRANTED** in favor of Corrections Defendants Moser, Tripp, and Else with respect to Plaintiff's retaliation, verbal harassment, and conspiracy claims. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** in favor of Corrections Defendants Moser, Tripp, and Else and against Plaintiff on these Counts; and

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                              s/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania