# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| PARIS L. JAMES, *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 1:14-CV-1951 |
| BRIAN DAVIS and JENNIFER DAYA, *Defendants* | ) (Judge Kane) ) ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other: SUMMARY JUDGMENT be and is hereby ENTERED in favor of defendants BRIAN DAVIS and JENNIFER DAYA, and against plaintiff PARIS L. JAMES, with respect to plaintiff's Eighth Amendment deliberate indifference to a serious medical need claim, in accordance with the court's memorandum and order (Docs. 139, 140), dated March 23, 2018.

,

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge    Judge Yvette Kane

MOTION FOR SUMMARY JUDGMENT

Date:    Mar 23, 2018            *CLERK OF COURT*  PETER WELSH, Acting Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*