AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

PARIS L. JAMES,

*Plaintiff*

v.

RN LORI ALDERMAN, C/O BAKER C/O BROUGHS, SGT. ELSEE, CO PAUL GOODWIN, RN MATT HYDE, C/O KRATZ, SGT. KRZOWSKI, LIEUTENANT MASSER, KATHRYN MCCARTY, THOMAS MOSIER, C/O NOVALIS, C/O RODRIGUEZ, SERGEANT ROD ROMIG, C/O SCHOOCH, CO SCOTT SEGEDY, KEITH TRIPP, KULENGUSKEY, and DAVID VARANO,

*Defendants*

Civil Action No. 1:14-CV-1951

(Judge Kane)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff                                  recover from the defendant *(name)*                                  the amount of                                  dollars ($             ), which includes prejudgment interest at the rate of           %, plus postjudgment interest at the rate of           %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*                                  recover costs from the plaintiff *(name)*                                 .

X other: SUMMARY JUDGMENT be and is hereby ENTERED in favor of defendants RN LORI ALDERMAN, C/O BAKER C/O BROUGHS, SGT. ELSEE, CO PAUL GOODWIN, RN MATT HYDE, C/O KRATZ, SGT. KRZOWSKI, LIEUTENANT MASSER, KATHRYN MCCARTY, THOMAS MOSIER, C/O NOVALIS, C/O RODRIGUEZ, SERGEANT ROD ROMIG, C/O SCHOOCH, CO SCOTT SEGEDY, KEITH TRIPP, KULENGUSKEY, and DAVID VARANO, and against plaintiff PARIS L. JAMES, with respect to plaintiff's Eighth Amendment deliberate indifference to a serious medical need claim, and in favor of defendants KULENGUSKEY and KRZYOWSKI and against plaintiff PARIS L. JAMES, as to all claimss, in accordance with the court's memorandum and order (Docs. 139, 140), dated March 23, 2018.

,

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate _____ without a jury and the above decision

X  decided by Judge or Magistrate Judge    Judge Yvette Kane

MOTION FOR SUMMARY JUDGMENT

Date:   Mar 23, 2018         *CLERK OF COURT*   PETER WELSH, Acting Clerk of

                                                K. McKinney
                                    _____
                                    *Signature of Clerk or Deputy Clerk*