IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PARIS L. JAMES, | : | |
| Plaintiff, | : | |
| | : | No. 1:14-cv-01951 |
| v. | : | |
| | : | (Judge Kane) |
| DAVID VARANO, et al., | : | |
| Defendants | : | |

# **ORDER**

**AND NOW**, on this 15th day of April 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 151) is **DENIED WITHOUT PREJUDICE**; and

2. Defendants Mains, Schmerfeld, Romig, Segedy, Baker, Schoch, and Masser may file, within forty-five (45) days of the date of this Order, a renewed motion for summary judgment addressing James's Eighth Amendment excessive force claim.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
