IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PARIS L. JAMES, | : | |
| Plaintiff, | : | |
| | : | No. 1:14-cv-01951 |
| v. | : | |
| | : | (Judge Kane) |
| DAVID VARANO, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 21st day of January 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The Correctional Defendants' renewed motion for summary judgment (Doc. No. 160) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of the Correctional Defendants (Defendants Mains, Schmerfeld, Alleman, Romedy, Segedy, Masser, Baker, Schoch, Krzykowski, Rodriguez, Burrows, Novailis, Kratz, Hyde, Goodwin, Mosier, Tripp, and Else) and against Plaintiff Paris L. James as to the remaining excessive force claims raised in James's amended complaint (Doc. No. 28); and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania